UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

In re:  
JAMES R. WILSON

Chapter 7  
Case No.: 11-30168  
Hon. Daniel S. Opperman

**Debtor(s).**
_____/

## OBJECTION TO PROOF OF CLAIM FILED BY CHRISTIAN FINANCIAL CREDIT UNION – CLAIM NO. 17

The Chapter 7 Trustee, Collene K. Corcoran, objects to the Proof of Claim filed by Christian Financial Credit Union, Claim No.: 17 because it is a duplicate of a previously filed claim. Therefore, the claim should be disallowed. In support of this objection, the Trustee states the following:

1. On 7/22/11, Christian Financial Credit Union filed its Proof of Claim in the amount of $6,392.57 (the "Proof of Claim") in the above captioned case.

2. The Proof of Claim is filed as a general unsecured claim in the amount of $6,392.57.

3. The Trustee has reviewed the claim, and determined that Claim No.: 17 is a duplicate of general unsecured Claim No: 3 filed by Christian Financial Credit Union on 6/6/11 in the amount of $6,392.57. Therefore, Claim No.: 17 filed by Christian Financial Credit Union should be disallowed. Claim No. 3 filed by Christian Financial Credit Union should be allowed as filed.

WHEREFORE, the Trustee, Collene K. Corcoran, respectfully requests that Claim No. 17 filed by Christian Financial Credit Union should be disallowed and Claim No.: 3 filed by Christian Financial Credit Union should be allowed as filed.

Respectfully submitted,

Dated: 7/31/12

/s/ Collene K. Corcoran, Trustee  
Collene K. Corcoran, Trustee  
PO Box 535  
Oxford, MI 48371  
(248) 969-9300  
ccorcoran@epiqtrustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

In re:  
JAMES R. WILSON

Case No.: 11-30168  
Chapter 7  
Hon. Daniel S. Opperman

**Debtor(s).**
_____/

## ORDER DISALLOWING CLAIM NO. 17
## AND ALLOWING CLAIM NO. 3
## FILED BY CHRISTIAN FINANCIAL CREDIT UNION

This matter having come before the Court on the Trustee's objection to claim, and there being no response to the objection;

IT IS ORDERED that Claim No. 17 filed by Christian Financial Credit Union is disallowed.

IT IS ORDERED that Claim No.: 3 filed by Christian Financial Credit Union is allowed as a general unsecured claim.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

| | |
|---|---|
| In re: | Case No.: 11-30168 |
| JAMES R. WILSON | Chapter 7 |
| | Hon. Daniel S. Opperman |
| Debtor(s). | |
| _____/ | |

### NOTICE OF OBJECTION TO CLAIM

The Trustee, Collene K. Corcoran, has filed an objection to your claim in this bankruptcy case. **Your claim may be reduced, modified or denied**. **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before **September 5, 2012**, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at[1]:
**U.S. Bankruptcy Court**
**226 West Second Street**
**Flint, MI 48502**

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive it** on or before the date stated above. All attorneys are required to file pleadings electronically.
**You must also mail a copy to:**
**Collene K. Corcoran, Trustee**
**PO Box 535**
**Oxford, MI 48371**

2. Should an Objection/Response be filed, attend the hearing on the objection/response, scheduled to be held on **September 12, 2012** at **9:30 am** in the courtroom of the Honorable Daniel S. Opperman, United States Bankruptcy Court, 226 West Second Street, Flint, MI 48502, unless your attendance is excused by mutual agreement between yourself and the objector/objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Respectfully submitted,

Dated: 7/31/12

/s/ Collene K. Corcoran, Trustee
Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
ccorcoran@epiqtrustee.com

---

[1] Response or answer must comply with Fed.R.Civ.P. 8(b), (c) and (e).

In re:  Case No.: 11-30168
JAMES R. WILSON  Chapter 7
  Hon. Daniel S. Opperman

        Debtor(s).
_____/

**PROOF OF SERVICE**

      I hereby certify that on 7/31/12 I have mailed by U.S. Postal Service with sufficient postage affixed thereto the **Notice of Objection to Claim 17 Filed by Christian Financial Credit Union and Objection to Proof of Claim Filed by Christian Financial Credit Union - Claim No.: 17** to the following non-ECF participants:

Christian Financial Credit Union
Attn: Bankruptcy
18441 Utica Rd
Roseville, MI 48066

Christian Financial Credit Union
Christopher Frank
4 Parkland Blvd., Suite 350
Dearborn, MI 48126

      /s/ Elizabeth Graves
      Elizabeth Graves
      PO Box 535
      Oxford, MI 48371
      (248) 969-9300
      ccorcoran@epiqtrustee.com